**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **T.** | **Alston** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**6418 N. Woodstock Street**
Street address, if available, or other description

**Philadelphia          PA      19138**
City                     State   ZIP Code

County

**Rental Property   1 Tenant $750/Month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$107,872.00** | **$107,872.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor 1      **Anthony T. Alston**                                    Case number (if known)   **18-14017ELF13**

---

1.2.

**2337 S. 71st Street**
Street address, if available, or other description

Philadelphia          PA     19142
City                  State  ZIP Code

County

**Rental Property   1 Tenant  $750/Month**

**BOA FMV**

**What is the property?**
Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:  _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,703.00 | $70,703.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

1.3.

**3950 Pennsgrove Street**
Street address, if available, or other description

Philadelphia          PA     19104
City                  State  ZIP Code

County

**Rental Property Vacant  $800/Mo
Anticipated**

**BOA FMV**

**What is the property?**
Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:  _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $72,998.00 | $72,998.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

---

**1.4.**

**4813 N. 15th Street**
_____
Street address, if available, or other description

_____

**Philadelphia          PA    19141**
City                State    ZIP Code

_____
County

**Rental Property  1 Tenant $750/Mo.**

**BOA FMV**

**What is the property?**
Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$72,062.00** | **$72,062.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

- ☐ **Check if this is community property** (see instructions)

---

**1.5.**

**2514 S. 67th Street**
_____
Street address, if available, or other description

_____

**Philadelphia          PA    19142**
City                State    ZIP Code

_____
County

**Rental Property  1 Tenant  $750/Mo.**

**BOA FMV**

**What is the property?**
Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$70,718.00** | **$70,718.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

---

**1.6.**

**2630 Wilder Street**
Street address, if available, or other description

_____

**Philadelphia**        **PA**    **19146**
City                State    ZIP Code

_____
County

**Rental Property - 1 Tenant $725/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the            Current value of the
entire property?                portion you own?**

$111,475.00                $111,475.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ **Check if this is community property**
(see instructions)

---

**1.7.**

**5130 Marion Street**
Street address, if available, or other description

_____

**Philadelphia**        **PA**    **19144**
City                State    ZIP Code

_____
County

**Rental Property - 1 Tenant $750/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the            Current value of the
entire property?                portion you own?**

$85,703.00                $85,703.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

---

**1.8.**

**5835 Theodore Street**

Street address, if available, or other description

**Philadelphia        PA    19143**

City                State    ZIP Code

County

**Rental Property - 1 Tenant $850/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$67,337.00** | **$67,337.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**1.9.**

**231 W. Sulis Street**

Street address, if available, or other description

**Philadelphia        PA    19120**

City                State    ZIP Code

County

**Rental Property - 1 Tenant $750/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$78,533.00** | **$78,533.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

---

**1.10.**

**1351 S. Dover Street**
<u>Street address, if available, or other description</u>

_____

**Philadelphia**          **PA**    **19146**
<u>City</u>            <u>State</u>    <u>ZIP Code</u>

_____
<u>County</u>

**Rental Property - 1 Tenant $725/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$115,382.00** | **$115,382.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ **Check if this is community property**
(see instructions)

---

**1.11.**

**2446 N. 17th Street**
<u>Street address, if available, or other description</u>

_____

**Philadelphia**          **PA**    **19132**
<u>City</u>            <u>State</u>    <u>ZIP Code</u>

_____
<u>County</u>

**Rental Property - 1 Tenant $750/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$66,471.00** | **$66,471.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

---

**1.12.**

**2507 S. Dewey Street**
Street address, if available, or other description

**Philadelphia        PA    19142**
City                State   ZIP Code

County

**Rental Property - 1 Tenant $750/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$47,390.00** | **$47,390.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**1.13.**

**1819 S. 21st Street**
Street address, if available, or other description

**Philadelphia        PA    19145**
City                State   ZIP Code

County

**Rental Property - 1 Tenant $700/month**

**BOA FMV**

**This property has no real estate tax balance.**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$152,944.00** | **$152,944.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

---

1.14.

**1739 W. Champlost Ave**

Street address, if available, or other description

_____

**Philadelphia          PA    19145**

City                State    ZIP Code

_____

County

**Rental Property - Vacant $2300/month anticipated**

**BOA FMV**

**This property has no real estate tax balance.**

**What is the property?**
Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other **Mixed Use**

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:**    _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$103,338.00** | **$103,338.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

1.15.

**4833 D Street**

Street address, if available, or other description

_____

**Philadelphia          PA    19120**

City                State    ZIP Code

_____

County

**Rental Property - 1 Tenant $725/month**

**BOA FMV**

**What is the property?**
Check all that apply.

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:**    _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$82,259.00** | **$82,259.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

---

**1.16.**

**1000 N. 66th Street**

Street address, if available, or other description

**Philadelphia          PA    19151**
City                        State    ZIP Code

County

**Rental Property - Vacant $900/month anticipated**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$117,270.00** | **$117,270.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**1.17.**

**114 E. Ruscomb Street**

Street address, if available, or other description

**Philadelphia          PA    19120**
City                        State    ZIP Code

County

**Rental Property - 1 Tenant $750/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$64,763.00** | **$64,763.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Anthony T. Alston**                                                Case number (if known)    **18-14017ELF13**

---

**1.18.**

**5527 Bloyd Street**
Street address, if available, or other description

Philadelphia          PA    19138
City                  State  ZIP Code

Philadelphia
County

**Rental Property - 1 Tenant $725/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$53,218.00** | **$53,218.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**1.19.**

**2649 North Chadwick Street**
Street address, if available, or other description

Philadelphia          PA    19132
City                  State  ZIP Code

Philadelphia
County

**Rental Property - 1 Tenant $650/month**

**BOA FMV**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$46,114.00** | **$46,114.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................➔    | **$1,586,550.00** |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

---

Official Form 106A/B                          **Schedule A/B: Property**                          page 10

Debtor 1    **Anthony T. Alston**                                    Case number (if known) __**18-14017ELF13**__

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

3.1.
Make:  **Land Rover**
Model:  **Range Rover Sport**
Year:  **2011**
Approximate mileage:  **90,000**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$15,104.00**                **$15,104.00**

Other information:
**2011 Land Rover Range Rover Sport (approx. 90000 miles) KBB FMV**

☐ Check if this is community property (see instructions)

3.2.
Make:  **Toyota**
Model:  **Tacoma**
Year:  **2005**
Approximate mileage:  **155,000**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$5,489.00**                 **$5,489.00**

Other information:
**2005 Toyota Tacoma (approx. 155000 miles) KBB FMV**

☐ Check if this is community property (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................... ➔    **$20,593.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....  **6. Household goods & furnishings**          **$2,200.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

Debtor 1    **Anthony T. Alston**                                            Case number (if known)   **18-14017ELF13**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes.  Describe.....                                                                                                 _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes.  Describe.....  **11. Clothes**                                                                       $800.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver
☑ No
☐ Yes.  Describe.....                                                                                                 _____

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes.  Describe.....                                                                                                 _____

**14. Any other personal and household items you did not already list, including any health aids you
did not list**
☑ No
☐ Yes.  Give specific
information............                                                                                              _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
attached for Part 3.  Write the number here.........................................................................................** ➔   $3,000.00

| Part 4: | Describe Your Financial Assets |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
petition
☑ No
☐ Yes................................................................................................... Cash:  .........................  _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
brokerage houses, and other similar institutions.  If you have multiple accounts with the same
institution, list each.
☐ No
☑ Yes...........................                Institution name:

| | | |
| --- | --- | --- |
| 17.1. | Checking account:   **Checking account--PNC #8401796114** | $16,000.00 |
| 17.2. | Other financial account:   **Wallet account--PNC #8629737866** | $122.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes...........................     Institution or issuer name:

Debtor 1    **Anthony T. Alston** _____    Case number (if known)  __18-14017ELF13__

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them.......................    Name of entity:                                    % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.......................    Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:      Institution name:

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

23.  **Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes...........................    Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them                                                            _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them                                                            _____

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them                                                            _____

Debtor 1    **Anthony T. Alston**                                          Case number (if known)   **18-14017ELF13**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................   **Federal: Potential IRS Tax Refund--Tax refund to be exemptible to maximum allowed under Sec. 522(d)(5)-- Estimated Refund $.  Amt: $0.00**

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................   Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........   **Appro, Rents Receivable from Evicted Tenants Probably Uncollectible**

_____ **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................ →   **$16,122.00**

Debtor 1    **Anthony T. Alston** _____    Case number (if known) __18-14017ELF13__

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

_____

39.  **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

_____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

_____

41.  **Inventory**

☑ No
☐ Yes.  Describe..

_____

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes.  Describe.....

_____

44.  **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................... ➔ | **$0.00** |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1     **Anthony T. Alston**                                                    Case number (if known)   **18-14017ELF13**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                                              _____

**48.  Crops--either growing or harvested**
☑ No
☐ Yes.  Give specific
information...............                                                                    _____

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....                                                                                              _____

**50.  Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....                                                                                              _____

**51.  Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes.  Give specific
information...............                                                                    _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here**...........................................................................➔ | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes.  Give specific information.

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔ | **$0.00** |

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.** **Part 1: Total real estate, line 2**.............................................................................................➔    **$1,586,550.00**

**56.** **Part 2: Total vehicles, line 5**                                        **$20,593.00**

**57.** **Part 3: Total personal and household items, line 15**                **$3,000.00**

**58.** **Part 4: Total financial assets, line 36**                             **$16,122.00**

**59.** **Part 5: Total business-related property, line 45**                   **$0.00**

**60.** **Part 6: Total farm- and fishing-related property, line 52**          **$0.00**

**61.** **Part 7: Total other property not listed, line 54**            +      **$0.00**

**62.** **Total personal property.**   Add lines 56 through 61..................   **$39,715.00**    Copy personal property total ➔  +  **$39,715.00**

**63.** **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................    **$1,626,265.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **T.** | **Alston** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number | **18-14017ELF13** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**6418 N. Woodstock Street**<br>**Rental Property   1 Tenant $750/Month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:   **1.1** | **$107,872.00** | ☑ **$23,675.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2337 S. 71st Street**<br>**Rental Property   1 Tenant  $750/Month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:   **1.2** | **$70,703.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    __Anthony T. Alston_____    Case number (if known) __18-14017ELF13__

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**3950 Pennsgrove Street**<br>**Rental Property Vacant  $800/Mo**<br>**Anticipated**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.3__ | **$72,998.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**4813 N. 15th Street**<br>**Rental Property   1 Tenant $750/Mo.**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.4__ | **$72,062.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2514 S. 67th Street**<br>**Rental Property  1 Tenant  $750/Mo.**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.5__ | **$70,718.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2630 Wilder Street**<br>**Rental Property - 1 Tenant $725/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.6__ | **$111,475.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**5130 Marion Street**<br>**Rental Property - 1 Tenant $750/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.7__ | **$85,703.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**5835 Theodore Street**<br>**Rental Property - 1 Tenant $850/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.8__ | **$67,337.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**231 W. Sulis Street**<br>**Rental Property - 1 Tenant $750/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*: __1.9__ | **$78,533.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

Debtor 1    **Anthony T. Alston** _____    Case number (if known)  **18-14017ELF13**

| **Part 2:** | **Additional Page** | | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1351 S. Dover Street**<br>**Rental Property - 1 Tenant $725/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:  **1.10** | **$115,382.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2446 N. 17th Street**<br>**Rental Property - 1 Tenant $750/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:  **1.11** | **$66,471.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2507 S. Dewey Street**<br>**Rental Property - 1 Tenant $750/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:  **1.12** | **$47,390.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**1819 S. 21st Street**<br>**Rental Property - 1 Tenant $700/month**<br><br>**BOA FMV**<br><br>**This property has no real estate tax balance.**<br>Line from *Schedule A/B*:  **1.13** | **$152,944.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**1739 W. Champlost Ave**<br>**Rental Property - Vacant $2300/month anticipated**<br><br>**BOA FMV**<br><br>**This property has no real estate tax balance.**<br>Line from *Schedule A/B*:  **1.14** | **$103,338.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**4833 D Street**<br>**Rental Property - 1 Tenant $725/month**<br><br>**BOA FMV**<br>Line from *Schedule A/B*:  **1.15** | **$82,259.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

Debtor 1    **Anthony T. Alston**                                    Case number (if known) **18-14017ELF13**

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1000 N. 66th Street Rental Property - Vacant $900/month anticipated** <br><br> **BOA FMV** <br> Line from *Schedule A/B*: __1.16__ | **$117,270.00** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **114 E. Ruscomb Street Rental Property - 1 Tenant $750/month** <br><br> **BOA FMV** <br> Line from *Schedule A/B*: __1.17__ | **$64,763.00** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **5527 Bloyd Street Rental Property - 1 Tenant $725/month** <br><br> **BOA FMV** <br> Line from *Schedule A/B*: __1.18__ | **$53,218.00** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2649 North Chadwick Street Rental Property - 1 Tenant $650/month** <br><br> **BOA FMV** <br> Line from *Schedule A/B*: __1.19__ | **$46,114.00** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2011 Land Rover Range Rover Sport (approx. 90000 miles) KBB FMV** <br> Line from *Schedule A/B*: __3.1__ | **$15,104.00** | ☒ **$3,775.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **2005 Toyota Tacoma (approx. 155000 miles) KBB FMV** <br> Line from *Schedule A/B*: __3.2__ | **$5,489.00** | ☒ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **6. Household goods & furnishings** <br> Line from *Schedule A/B*: __6__ | **$2,200.00** | ☒ **$2,200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **11. Clothes** <br> Line from *Schedule A/B*: __11__ | **$800.00** | ☒ **$800.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | Anthony T. Alston | Case number (if known) | 18-14017ELF13 |
| --- | --- | --- | --- |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Wallet account--PNC #8629737866**<br>Line from *Schedule A/B*: __17.2__ | **$122.00** | ☑ **$122.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account--PNC #8401796114**<br>Line from *Schedule A/B*: __17.1__ | **$16,000.00** | ☑ **$1,128.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Potential IRS Tax Refund--Tax refund to be exemptible to maximum allowed under Sec. 522(d)(5)--Estimated Refund $**<br>Line from *Schedule A/B*: __28__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Appro, Rents Receivable from Evicted Tenants<br>Probably Uncollectible<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __33__ | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description:<br>**Appro, Rents Receivable from Evicted Tenants<br>Probably Uncollectible<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __33__ | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony**      **T.**      **Alston** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**Bayview Loan Servicing, LLC**
Creditor's name
**4425 Ponce De Leon Blvd., 5th Floor**
Number      Street

_____

**Coral Gables      FL    33146**
City          State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

Describe the property that secures the claim:

**1739 W. Champlost Ave**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Arrearage claim**

Last 4 digits of account number    **9    2    5    1**

| Column A | Column B | Column C |
|---|---|---|
| $1.00 | $1.00 | |

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| $1.00 |

Debtor 1    **Anthony T. Alston**    Case number (if known)    **18-14017ELF13**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:    **$5,800.00**    **$107,872.00**

**6418 N. Woodstock Street**

**Philadelphia        PA    19102**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
    **Real Estate Taxes Arrears**

Date debt was incurred _____    Last 4 digits of account number    **0    3    0    0**

---

**2.3**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:    **$7,800.00**    **$107,872.00**

**6418 N. Woodstock Street**

**Philadelphia        PA    19102**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
    **Water/Sewer Arreares**

Date debt was incurred _____    Last 4 digits of account number    **8    0    0    1**

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:    **$13,600.00**

Debtor 1    Anthony T. Alston                                    Case number (if known)   **18-14017ELF13**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |

**2.4**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:
**2337 S. 71st Street**

$9,600.00          $70,703.00

**Philadelphia       PA      19102**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Last 4 digits of account number    **7   0   0   1**

**2.5**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:
**3950 Pennsgrove Street**

$1.00          $72,998.00

**Philadelphia       PA      19102**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:

$9,601.00

Debtor 1    Anthony T. Alston                                         Case number (if known)  **18-14017ELF13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.6 | | | |
|---|---|---|---|

**City of Philadelphia**
Creditor's name
**Bankruptcy Unit**
Number    Street
**1401 JFK Boulevard**

**Fifth Floor**

**Philadelphia      PA      19102**
City                  State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

Describe the property that
secures the claim:

**4813 N. 15th Street**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Water/Sewer Arreares**

Last 4 digits of account number

|  | $1.00 | $72,062.00 |  |
|---|---|---|---|

| 2.7 | | | |
|---|---|---|---|

**City of Philadelphia**
Creditor's name
**Bankruptcy Unit**
Number    Street
**1401 JFK Boulevard**

**Fifth Floor**

**Philadelphia      PA      19102**
City                  State    ZIP Code

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred

Describe the property that
secures the claim:

**2514 S. 67th Street**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Water/Sewer Arreares**

Last 4 digits of account number    4  0  0  1

|  | $5,400.00 | $70,718.00 |  |
|---|---|---|---|

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $5,401.00 |
|---|

Debtor 1    Anthony T. Alston    Case number (if known) **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

**City of Philadelphia**
Creditor's name
**Bankruptcy Unit**
Number    Street
**1401 JFK Boulevard**

**Fifth Floor**

**Philadelphia        PA    19102**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
**2630 Wilder Street**

|  | **$6,500.00** | **$111,475.00** | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Water/Sewer Arreares**

Last 4 digits of account number    0    0    0    1

---

**2.9**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia        PA    19102**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:
**2337 S. 71st Street**

|  | **$4,500.00** | **$70,703.00** | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Real Estate Taxes Arrears**

Last 4 digits of account number    4    3    0    0

Add the dollar value of your entries in Column A on this page.  Write that number here:        **$11,000.00**

Debtor 1    **Anthony T. Alston**

Case number (if known)    **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.10**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:

**3950 Pennsgrove Street**

$3,700.00    $72,998.00

**Philadelphia    PA    19102**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Real Estate Taxes Arrears**

**Date debt was incurred**        **Last 4 digits of account number**    8  3  0  0

---

**2.11**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:

**4813 N. 15th Street**

$4,000.00    $72,062.00

**Philadelphia    PA    19102**
City    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Real Estate Taxes Arrears**

**Date debt was incurred**        **Last 4 digits of account number**    8  5  0  0

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:

$7,700.00

Debtor 1   **Anthony T. Alston**                                Case number (if known)   **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.12**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number   Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:                    **$2,900.00**        **$70,718.00**

**2514 S. 67th Street**

**Philadelphia        PA    19102**
City               State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Real Estate Taxes Arrears**

Date debt was incurred _____    Last 4 digits of account number    **9   6   0   0**

**2.13**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number   Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:                    **$2,000.00**       **$111,475.00**

**2630 Wilder Street**

**Philadelphia        PA    19102**
City               State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Real Estate Taxes Arrears**

Date debt was incurred _____    Last 4 digits of account number    **9   6   0   0**

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                        **$4,900.00**

Debtor 1    **Anthony T. Alston**

Case number (if known)    **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.14**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:
**5130 Marion Street**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $1,250.00 | $85,703.00 | |

**Philadelphia      PA      19102**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Real Estate Taxes Arrears**

**Date debt was incurred** _____

**Last 4 digits of account number**    2    4    0    0

---

**2.15**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:
**5835 Theodore Street**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $3,900.00 | $67,337.00 | |

**Philadelphia      PA      19102**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Real Estate Taxes Arrears**

**Date debt was incurred** _____

**Last 4 digits of account number**    3    8    0    0

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$5,150.00**

Debtor 1    **Anthony T. Alston**

Case number (if known)    **18-14017ELF13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.16**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**231 W. Sulis Street**

$6,200.00 | $78,533.00

**Philadelphia       PA      19102**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Real Estate Taxes Arrears**

Date debt was incurred _____

Last 4 digits of account number    7  3  0  0

---

**2.17**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**1351 S. Dover Street**

$7,900.00 | $115,382.00

**Philadelphia       PA      19102**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Real Estate Taxes Arrears**

Date debt was incurred _____

Last 4 digits of account number    9  6  0  0

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$14,100.00**

Debtor 1  **Anthony T. Alston** _____  Case number (if known) **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.18**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:  **$2,600.00**    **$66,471.00**

**2446 N. 17th Street**

**Philadelphia        PA    19102**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Real Estate Taxes Arrears**

Date debt was incurred _____    Last 4 digits of account number  **9   5   0   0**

**2.19**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:  **$4,300.00**    **$47,390.00**

**2507 S. Dewey Street**

**Philadelphia        PA    19102**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Real Estate Taxes Arrears**

Date debt was incurred _____    Last 4 digits of account number  **1   7   0   0**

Add the dollar value of your entries in Column A on this page. Write that number here:        **$6,900.00**

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.20**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**4833 D Street**

$5,300.00    $82,259.00

_____

**Philadelphia       PA    19102**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate Taxes Arrears**

**Last 4 digits of account number**    4    0    0    0

---

**2.21**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**1000 N. 66th Street**

$1,650.00    $117,270.00

_____

**Philadelphia       PA    19102**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate Taxes Arrears**

**Last 4 digits of account number**    9    1    0    0

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$6,950.00

Debtor 1   **Anthony T. Alston**                                    Case number (if known)   **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.22 | Describe the property that secures the claim: | **$4,500.00** | **$64,763.00** | |

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**114 E. Ruscomb Street**

**Philadelphia       PA    19102**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Real Estate Taxes Arrears**

**Date debt was incurred** _____   **Last 4 digits of account number**   8   6   0   0

| 2.23 | Describe the property that secures the claim: | **$21,000.00** | **$85,703.00** | |

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**5130 Marion Street**

**Philadelphia       PA    19102**
City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Water/Sewer Arrerres**

**Date debt was incurred** _____   **Last 4 digits of account number**   0   0   0   1

Add the dollar value of your entries in Column A on this page.  Write that number here:                                    **$25,500.00**

Debtor 1   **Anthony T. Alston**                                   Case number (if known)  **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.24**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number     Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:

**5835 Theodore Street**

$1.00        $67,337.00

**Philadelphia        PA      19102**
City                State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.25**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number     Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:

**231 W. Sulis Street**

$1.00        $78,533.00

**Philadelphia        PA      19102**
City                State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

**Last 4 digits of account number** 1   0   0   1

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**                    $2.00

Debtor 1   **Anthony T. Alston** _____  Case number (if known)  **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

| 2.26 |
|---|

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:           $3,800.00          $115,382.00

**1351 S. Dover Street**

**Philadelphia        PA      19102**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred _____    Last 4 digits of account number     1   0   0   1

---

| 2.27 |
|---|

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:          $17,000.00          $66,471.00

**2446 N. 17th Street**

**Philadelphia        PA      19102**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred _____    Last 4 digits of account number     6   0   0   1

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                      $20,800.00

Debtor 1    Anthony T. Alston                                  Case number (if known)  **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.28**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia        PA    19102**
City                State  ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:                    **$5,700.00**        **$47,390.00**
**2507 S. Dewey Street**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Water/Sewer Arreares**

Last 4 digits of account number    **7  0  0  1**

---

**2.29**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia        PA    19102**
City                State  ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:                    **$2,100.00**        **$152,944.00**
**1819 S. 21st Street**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Water/Sewer Arreares**

Last 4 digits of account number    **9  0  0  1**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:                    **$7,800.00**

Debtor 1    **Anthony T. Alston**                                    Case number (if known)    **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.30**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**1739 W. Champlost Ave**

Column A: **$6,200.00**  Column B: **$103,338.00**

**Philadelphia          PA    19102**
City                    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred _____     Last 4 digits of account number    **0  0  0  1**

---

**2.31**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:

**4833 D Street**

Column A: **$1.00**  Column B: **$82,259.00**

**Philadelphia          PA    19102**
City                    State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred _____     Last 4 digits of account number    **3  0  0  1**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:          **$6,201.00**

Debtor 1    **Anthony T. Alston**                                    Case number (if known)  **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.32**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:                    **$1.00**          **$117,270.00**

**1000 N. 66th Street**

**Philadelphia        PA    19102**
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred                    Last 4 digits of account number  ___  ___  ___  ___

**2.33**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

Describe the property that secures the claim:                  **$15,000.00**         **$64,763.00**

**114 E. Ruscomb Street**

**Philadelphia        PA    19102**
City              State  ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Water/Sewer Arreares**

Date debt was incurred                    Last 4 digits of account number   **4   0   0   1**

Add the dollar value of your entries in Column A on this page.  Write that number here:                    **$15,001.00**

Debtor 1   **Anthony T. Alston**                                   Case number (if known)  **18-14017ELF13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---------|---|---|---|---|

| 2.34 |
|------|

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number     Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:                           **$6,200.00**        **$53,218.00**

**5527 Bloyd Street**

**Philadelphia       PA     19102**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

☐ Check if this claim relates
   to a community debt

**Real Estate Taxes**

Date debt was incurred                       Last 4 digits of account number    **9   3   0   0**

| 2.35 |
|------|

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number     Street
**1401 JFK Blvd, Room 580**

Describe the property that
secures the claim:                             **$1.00**        **$53,218.00**

**5527 Bloyd Street**

**Philadelphia       PA     19102**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)

☐ Check if this claim relates
   to a community debt

**Water/Sewer Arreares**

Date debt was incurred                       Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                       **$6,201.00**

Debtor 1    Anthony T. Alston                                    Case number (if known)  **18-14017ELF13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.36**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia      PA    19102**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**2649 Chadwick Street**

Column A: **$24,800.00**    Column B: **$46,114.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Water/Sewer Arreares**

**Last 4 digits of account number**   **9  0  0  1**

---

**2.37**

**City Of Philadelphia**
Creditor's name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia      PA    19102**
City                State   ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**2649 N. Chadwick Street**

Column A: **$6,000.00**    Column B: **$46,114.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Real Estate Taxes Arrears**

**Last 4 digits of account number**   **2  5  0  0**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**      **$30,800.00**

Debtor 1    Anthony T. Alston

Case number (if known)    **18-14017ELF13**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Amount of claim*<br>Do not deduct the value of collateral | *Value of collateral that supports this claim* | *Unsecured portion*<br>If any |

---

**2.38**

**Wells Fargo Bank**
Creditor's name
**Attn: Bankruptcy Dept**
Number    Street
**PO Box 6429**

Describe the property that secures the claim:    **$100,000.00**    **$152,944.00**

**1819 S. 21st Street**

**Greenville**        **SC**    **29606**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **1st Mortgage**

Date debt was incurred    **08/2006**    Last 4 digits of account number    **9   3   7   5**

---

**2.39**

**Wells Fargo Bank**
Creditor's name
**Attn: Bankruptcy Dept**
Number    Street
**PO Box 6429**

Describe the property that secures the claim:    **$42,000.00**    **$42,000.00**

**1819 S. 21st Street**

**Greenville**        **SC**    **29606**
City            State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Arrearage claim**

Date debt was incurred    **Various**    Last 4 digits of account number    **9   3   7   5**

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$142,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$339,608.00**

Debtor 1    **Anthony T. Alston**                                      Case number (if known)    **18-14017ELF13**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Bayview Loan Servicing, LLC** | On which line in Part 1 did you enter the creditor? | _____ |
|---|---|---|---|

Name
**4425 Ponce De Leon Blvd., 5th Floor**                    Last 4 digits of account number    **9   2   5   1**
Number       Street


**Coral Gables**                     **FL**     **33146**
City                              State     ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **T.** | **Alston** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number __ __ __ __ |
| | When was the debt incurred? _____ |
| Number          Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| City          State      ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Anthony T. Alston** _____    Case number (if known)   **18-14017ELF13**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

| | |
|---|---|
| **City Of Philadelphia** | **Last 4 digits of account number** __ __ __ __ |
| Nonpriority Creditor's Name | |
| **Major Tax Unit/Bankruptcy Dept.** | **When was the debt incurred?** _____ |
| Number      Street | |
| **1401 JFK Blvd, Room 580** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Philadelphia         PA      19102** | ☐ Disputed |
| City                       State    ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only |    that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Various Taxes** |
| ☑ No | |
| ☐ Yes | |

Total claim: **$30,000.00**

**4.2**

| | |
|---|---|
| **Commonwealth of PA-Dept. of Revenue** | **Last 4 digits of account number** __ __ __ __ |
| Nonpriority Creditor's Name | |
| **Bureau of Individual Taxes** | **When was the debt incurred?** _____ |
| Number      Street | |
| **Dept. 280601** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| **Inheritance Tax Division** | ☐ Unliquidated |
| | ☐ Disputed |
| **Harrisburg           PA      17128** | |
| City                       State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**   Check one. | ☐ Student loans |
| ☑ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only |    that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other.  Specify |
| ☐ **Check if this claim is for a community debt** | **Various Taxes** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Total claim: **$20,000.00**

Debtor 1   **Anthony T. Alston** _____   Case number (if known)   **18-14017ELF13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.3 | |
|---|---|

**$35,000.00**

**I.R.S.**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number      Street
_____

**Philadelphia          PA     19101-7346**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Various Taxes**

| 4.4 | |
|---|---|

**$799.00**

**Trident Asset Management**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 888424**
_____

**Atlanta          GA     30356**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: 11 VERIZON
Collection**

**Last 4 digits of account number**   __1__ __7__ __8__ __4__

**When was the debt incurred?**   **02/14/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Agency**

Debtor 1    **Anthony T. Alston**                          Case number (if known)   **18-14017ELF13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|
| 4.5 | |
| | $847.00 |

**U.S. Department of the Treasury (Fax Onl**
Nonpriority Creditor's Name

**1500 Pennsylvania Avenue NW**
Number        Street

**Washington**          **DC**    **20220**
City                      State    ZIP Code

**Who incurred the debt?**      Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Collection**
**Account Closed By Grantor**

**Last 4 digits of account number**    **3**   **1**   **8**   **0**

**When was the debt incurred?**    **06/06/2013**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Government Fee for Service**

Debtor 1    **Anthony T. Alston**            Case number (if known)   **18-14017ELF13**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5.**   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Cibik and Cataldo, P.C.**
Name
**1500 Walnut Street**
Number    Street
**Suite 900**

**Philadelphia**    **PA**    **19102**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**City of Philadelphia**
Name
**Parking Violations Branch**
Number    Street
**PO Box 41819**

**Philadelphia**    **PA**    **19101**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**City of Philadelphia**
Name
**Bankruptcy Unit**
Number    Street
**15th Floor**
**1515 Arch Street**

**Philadelphia**    **PA**    **19102**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**City Of Philadelphia**
Name
**Major Tax Unit/Bankruptcy Dept.**
Number    Street
**1401 JFK Blvd, Room 580**

**Philadelphia**    **PA**    **19102**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Drew Salaman, Esq.**
Name
**100 South Broad Street**
Number    Street
**Suite 650**

**Philadelphia**    **PA**    **19110**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**City of Philadelphia**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1** **2** **3** **1**

---

Debtor 1   **Anthony T. Alston**                                 Case number (if known)   **18-14017ELF13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Equifax**
Name
**P.O. Box 740241**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Atlanta**          **GA**   **30374**
City               State   ZIP Code

---

**Experian**
Name
**Profile Maintenance**
Number        Street
**P.O. Box 9558**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Allen**            **TX**   **75013**
City               State   ZIP Code

---

**GRB Law**
Name
**1425 Spruce Street**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**2507 S. Dewey Street**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1  7  0  0**

**Philadelphia**     **PA**   **19102**
City               State   ZIP Code

---

**I.R.S.**
Name
**P.O. Box 7346**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Philadelphia**     **PA**   **19101-7346**
City               State   ZIP Code

---

**PA Dept. of Revenue**
Name
**Bankruptcy Division**
Number        Street
**Bureau of Compliance**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**P.O. Box 280946**

**Last 4 digits of account number**   ___ ___ ___ ___

**Harrisburg**       **PA**   **17120-0946**
City               State   ZIP Code

---

**Peco Energy**
Name
**2301 Market Street # N 3-1**
Number        Street
**Legal Department**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Philadelphia**     **PA**   **19103-1338**
City               State   ZIP Code

Debtor 1   **Anthony T. Alston**                     Case number (if known)  **18-14017ELF13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**PGW**
Name
**Legal Dept. 4th Floor**
Number      Street
**800 W. Montgomery Avenue**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Philadelphia**      **PA**    **19122**
City                 State   ZIP Code

---

**Phelan, Halinan, Diamond & Jones**
Name
**Suite 1400**
Number      Street
**1617 JFK Boulevard**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Wells Fargo**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _1_ _3_ _3_ _8_

**Philadelphia**      **PA**    **19103**
City                 State   ZIP Code

---

**Philadelphia Parking Authority**
Name
**Bankruptcy Department**
Number      Street
**701 Market Street**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Philadelphia**      **PA**    **19106**
City                 State   ZIP Code

---

**Robert Crawley, Esq.**
Name
**1617 JFK Blvd.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Wells Fargo**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _1_ _3_ _3_ _8_

**Philadelphia**      **PA**    **19103**
City                 State   ZIP Code

---

**Select Portfolio Servicing, Inc**
Name
**PO Box 65250**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _7_ _6_ _1_ _6_

**Salt Lake City**    **UT**    **84165**
City                 State   ZIP Code

---

**Select Portfolio Servicing, Inc**
Name
**PO Box 65250**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _7_ _5_ _3_ _3_

**Salt Lake City**    **UT**    **84165**
City                 State   ZIP Code

Debtor 1    __Anthony T. Alston_____    Case number (if known)  __18-14017ELF13__

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

__Select Portfolio Servicing, Inc__
Name
__PO Box 65250__
Number    Street

__Salt Lake City_____UT____84165__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __7__  __5__  __0__  __9__

---

__Trans Union Corporation__
Name
__Public Records Department__
Number    Street
__555 West Adams Street__

__Chicago_____IL____60661__
City            State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Required Notification**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

---

__Wells Fargo Home Mortgage,Inc.__
Name
__PO Box 10368__
Number    Street

__Des Moines_____IA____50306__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __8__  __3__  __9__  __1__

Debtor 1    **Anthony T. Alston** _____    Case number (if known)   **18-14017ELF13**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $86,646.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $86,646.00 |

**Fill in this information to identify your case:**

Debtor 1        __Anthony__          __T.__          __Alston__
                First Name          Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the: __EASTERN DIST. OF PENNSYLVANIA__

Case number     __18-14017ELF13__
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
    is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
    executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Alberta Moon** <br> Name <br> **231 Sulis Street** <br> Number     Street <br><br> **Philadelphia**    **PA**    **19121** <br> City    State    ZIP Code | **Residential Lease - 231 Sulis Street** <br> **Contract to be ASSUMED** |
| 2.2 | **Betty Kittrell** <br> Name <br> **5130 Marion Street** <br> Number     Street <br><br> **Philadelphia**    **PA**    **19144** <br> City    State    ZIP Code | **Residential Lease - 5130 Marion Street** <br> **Contract to be ASSUMED** |
| 2.3 | **Jakishia Smith** <br> Name <br> **2649 Chadwick Street** <br> Number     Street <br><br> **Philadelphia**    **PA**    **19132** <br> City    State    ZIP Code | **Residential Lease - 2649 Chadwick Street** <br> **Contract to be ASSUMED** |
| 2.4 | **Jasmine Tanell Williams** <br> Name <br> **2507 South Dewey Street** <br> Number     Street <br><br> **Philadelphia**    **PA**    **19142** <br> City    State    ZIP Code | **Residential Lease - 2507 South Dewey Street** <br> **Contract to be ASSUMED** |

Debtor 1    **Anthony T. Alston**                                    Case number (if known)   **18-14017ELF13**

### ▮ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.5** **Karima Evans**
Name
**2630 Wilder Street**
Number    Street

**Philadelphia**          **PA**    **19146**
City                    State    ZIP Code

**Residential Lease - 2630 Wilder Street**
**Contract to be ASSUMED**

**2.6** **Kevin Richberg and Patricia Giles**
Name
**1351 South Dover Street**
Number    Street

**Philadelphia**          **PA**    **19146**
City                    State    ZIP Code

**Residential Lease - 1351 South Dover Street**
**Contract to be ASSUMED**

**2.7** **Latifah Johnson**
Name
**4813 North 15th Street**
Number    Street

**Philadelphia**          **PA**    **19141**
City                    State    ZIP Code

**Residential Lease - 4813 North 15th Street**
**Contract to be ASSUMED**

**2.8** **Regina Nixon and Valerie Williams**
Name
**5835 Theodore Street**
Number    Street

**Philadelphia**          **PA**    **19143**
City                    State    ZIP Code

**Residential Lease - 5835 Theodore Street**
**Contract to be ASSUMED**

**2.9** **Robert Anderson**
Name
**114 East Ruscomb Street**
Number    Street

**Philadelphia**          **PA**    **19120**
City                    State    ZIP Code

**Residential Lease - 114 East Ruscomb Street**
**Contract to be ASSUMED**

**2.10** **Senneice Wisher**
Name
**6418 North Woodstock Street**
Number    Street

**Philadelphia**          **PA**    **19138**
City                    State    ZIP Code

**Residential Lease - 6418 North Woodstock Street**
**Contract to be ASSUMED**

**2.11** **Sharpei Adams and Kaija Summers**
Name
**5527 Bloyd St**
Number    Street

**Philadelphia**          **PA**    **19138**
City                    State    ZIP Code

**Residential Lease - 5527 Bloyd Street**
**Contract to be ASSUMED**

Debtor 1    **Anthony T. Alston**                                    Case number (if known)   **18-14017ELF13**

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.12** **Tamieka Bankston**<br>Name<br>**2337 South 71st Street**<br>Number    Street | **Residential Lease - 2337 South 71st Street Contract to be ASSUMED** |
| **Philadelphia**          **PA**      **19142**<br>City                    State      ZIP Code | |
| **2.13** **Tieja Arbur and Lanee Brokenbough**<br>Name<br>**1819 South 21st Street**<br>Number    Street | **Residential Lease - 1819 South 21st Street Contract to be ASSUMED** |
| **Philadelphia**          **PA**      **19141**<br>City                    State      ZIP Code | |
| **2.14** **Tyesha Riley**<br>Name<br>**2514 South 67th Street**<br>Number    Street | **Residential Lease - 2514 South 67th Street Contract to be ASSUMED** |
| **Philadelphia**          **PA**      **19142**<br>City                    State      ZIP Code | |
| **2.15** **Yolanda Porter**<br>Name<br>**2446 North 17th Street**<br>Number    Street | **Residential Lease - 2446 North 17th Street Contract to be ASSUMED** |
| **Philadelphia**          **PA**      **19132**<br>City                    State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **T.** | **Alston** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☒ No

    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

    ☒ No. Go to line 3.

    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

    *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                       Check all schedules that apply:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony**                **T.**                **Alston** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **18-14017ELF13** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Landlord/Realtor** | |
| Employer's name | **Self-Employed** | |
| Employer's address | **816 E. Southampton Avenue**<br>Number  Street | Number  Street |
| | | |
| | **Glenside        PA    19038**<br>City          State    Zip Code | City            State    Zip Code |
| How long employed there? | **25 Years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. **+** | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | |

| Debtor 1 | **Anthony T. Alston** | | Case number (if known) | **18-14017ELF13** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ........................................................ ➔ | 4. | $0.00 | |
| **5.** | **List all payroll deductions:** | | | |
| | 5a.  Tax, Medicare, and Social Security deductions | 5a. | $0.00 | |
| | 5b.  Mandatory contributions for retirement plans | 5b. | $0.00 | |
| | 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | |
| | 5e.  Insurance | 5e. | $0.00 | |
| | 5f.  Domestic support obligations | 5f. | $0.00 | |
| | 5g.  Union dues | 5g. | $0.00 | |
| | 5h.  Other deductions. Specify: | 5h. + | $0.00 | |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $0.00 | |
| **8.** | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm** | 8a. | $9,200.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b.  Interest and dividends | 8b. | $0.00 | |
| | 8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d.  Unemployment compensation | 8d. | $0.00 | |
| | 8e.  Social Security | 8e. | $0.00 | |
| | 8f.  Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | |
| | 8g.  Pension or retirement income | 8g. | $0.00 | |
| | 8h.  Other monthly income. Specify:  **Property Loan Payments** | 8h. + | $1,550.00 | |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $10,750.00 | |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $10,750.00  + | = $10,750.00 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: | 11. + | $0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $10,750.00 **Combined monthly income** | |

**13.  Do you expect an increase or decrease within the year after you file this form?**

☒ No.    **None.**
☐ Yes. Explain:

Debtor 1     **Anthony T. Alston**                                                    Case number (if known)  **18-14017ELF13**

8a.  Attached Statement (Debtor 1)

### Property Rents

**Gross Monthly Income:**                                                              $11,850.00

| Expense | Category | Amount |
|---|---|---|
| Property Taxes | Taxes | **$1,250.00** |
| Property Maintenance | Property Maintenance | **$500.00** |
| Property Insurance | Property Insurance | **$900.00** |

**Total Monthly Expenses**                                                             $2,650.00

**Net Monthly Income:**                                                                $9,200.00

**Fill in this information to identify your case:**

Debtor 1          **Anthony**          **T.**          **Alston**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    **EASTERN DIST. OF PENNSYLVANIA**

Case number          **18-14017ELF13**
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

  _____
  MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☑ No

    Do not list Debtor 1 and          ☐ Yes. Fill out this information
    Debtor 2.                              for each dependent..................

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
    ☑ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.          **$2,750.00**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.    Real estate taxes          4a.          _____

    4b.    Property, homeowner's, or renter's insurance          4b.          _____

    4c.    Home maintenance, repair, and upkeep expenses          4c.          **$75.00**

    4d.    Homeowner's association or condominium dues          4d.          _____

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

| | | | Your expenses |
|---|---|---|---|

5.    **Additional mortgage payments for your residence,** such as home equity loans    5.    _____

6.    **Utilities:**

    6a.   Electricity, heat, natural gas    6a.    **$370.00**

    6b.   Water, sewer, garbage collection    6b.    **$70.00**

    6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.    **$300.00**

    6d.   Other. Specify: _____    6d.    _____

7.    **Food and housekeeping supplies**    7.    **$450.00**

8.    **Childcare and children's education costs**    8.    _____

9.    **Clothing, laundry, and dry cleaning**    9.    **$125.00**

10.   **Personal care products and services**    10.   **$20.00**

11.   **Medical and dental expenses**    11.   **$40.00**

12.   **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12.   **$250.00**

13.   **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   _____

14.   **Charitable contributions and religious donations**    14.   **$1,000.00**

15.   **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance    15a.   _____

    15b.   Health insurance    15b.   _____

    15c.   Vehicle insurance    15c.   **$300.00**

    15d.   Other insurance. Specify: _____    15d.   _____

16.   **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.   _____

17.   **Installment or lease payments:**

    17a.   Car payments for Vehicle 1    17a.   _____

    17b.   Car payments for Vehicle 2    17b.   _____

    17c.   Other. Specify: _____    17c.   _____

    17d.   Other. Specify: _____    17d.   _____

18.   **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18.   _____

19.   **Other payments you make to support others who do not live with you.**
Specify: _____    19.   _____

Debtor 1    **Anthony T. Alston**                                    Case number (if known)  **18-14017ELF13**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property                                    20a.  _____

20b.  Real estate taxes                                              20b.  _____

20c.  Property, homeowner's, or renter's insurance                   20c.  _____

20d.  Maintenance, repair, and upkeep expenses                       20d.  _____

20e.  Homeowner's association or condominium dues                    20e.  _____

**21. Other.**  Specify: _____        21.  **+** _____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                        22a.  |          **$5,750.00** |

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.  |          **$5,750.00** |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  _____ **$10,750.00**

23b.  Copy your monthly expenses from line 22c above.                23b.  **−** _____ **$5,750.00**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                               23c.  |          **$5,000.00** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** | **T.** | **Alston** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. **$1,586,550.00**

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... **$39,715.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ **$1,626,265.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$339,608.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** **$86,646.00**

   **Your total liabilities** **$426,254.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.......................................................... **$10,750.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J................................................................ **$5,750.00**

Debtor 1     **Anthony T. Alston**                                            Case number (if known)  **18-14017ELF13**

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☒    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9 for statistical purposes.  28 U.S.C. § 159.

☒    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$\rule{3cm}{0.4pt}$

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                                    **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.    Domestic support obligations.  (Copy line 6a.)                            $\rule{3cm}{0.4pt}$

9b.    Taxes and certain other debts you owe the government.  (Copy line 6b.)    $\rule{3cm}{0.4pt}$

9c.    Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    $\rule{3cm}{0.4pt}$

9d.    Student loans.  (Copy line 6f.)                                           $\rule{3cm}{0.4pt}$

9e.    Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)    $\rule{3cm}{0.4pt}$

9f.    Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + $\rule{3cm}{0.4pt}$

9g.    **Total.**  Add lines 9a through 9f.                                      $\rule{3cm}{0.4pt}$

---

**Fill in this information to identify your case:**

Debtor 1  **Anthony**      **T.**      **Alston**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-14017ELF13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Anthony T. Alston**_____      X _____
Anthony T. Alston, Debtor 1      Signature of Debtor 2

Date **07/13/2018**_____      Date _____
MM / DD / YYYY      MM / DD / YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Anthony**      **T.**      **Alston** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **18-14017ELF13** |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☐ Married
   - ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **258 W. Gorgas Lane** | From | | From |
| Number    Street | To | Number    Street | To |
| **Philadelphia**    **PA**    **19119** | | | |
| City    State   ZIP Code | | City      State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1     **Anthony T. Alston** _____     Case number (if known)  **18-14017ELF13**

| **Part 2:** | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☒ Yes.  Fill in the details.

| | | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | _____ | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |
| **For the last calendar year:**<br><br>(January 1 to December 31, **2017** )<br>YYYY | | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | **Unknown** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, **2016** )<br>YYYY | | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | **Unknown** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | _____ |

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☒ No

☐ Yes.  Fill in the details.

Debtor 1     Anthony T. Alston                                          Case number (if known)   **18-14017ELF13**

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo v. Debtor** | **Mortgage Foreclosure** | **Philafelphia County** <br> Court Name | ☑ Pending |
| | | | ☐ On appeal |
| Case number **180501338** | | Number   Street | ☐ Concluded |
| | | City          State   ZIP Code | |
| **City of Philadelphia v. Debtor** | **Civil Real Estate Tax Action** | **Philadelphia County** <br> Court Name | ☑ Pending |
| | | | ☐ On appeal |
| Case number **1801T0036** | | Number   Street | ☐ Concluded |
| | | City          State   ZIP Code | |
| **City of Philadelphia v. Debtor** | **Writ of Execution--Stayed** | **Philadelphia County** <br> Court Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number **160101123** | | Number   Street | ☑ Concluded |
| | | City          State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

Debtor 1    Anthony T. Alston                                              Case number (if known)   18-14017ELF13

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cibik and Cataldo, P.C.**<br>Person Who Was Paid | **Retainer & Costs** | | |
| **1500 Walnut Street**<br>Number    Street | | **06/15/2018** | **$3,000.00** |
| **Suite 900** | | | |
| **Philadelphia**    **PA**    **19102**<br>City    State    ZIP Code | | | |
| **ccpc@ccpclaw.com**<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Anthony T. Alston** _____    Case number (if known)    **18-14017ELF13**

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| **Ricky Moors** | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | **6244 Dickens Street** | **$16000--Paid in Full** | **April, 2018** |
| **Beech Street** | **Philadelphia, PA 19142** | | |
| Number      Street | | | |
| _____ | | | |
| **Cheltenham          PA** | | | |
| City           State      ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| **Andrew Winans Rivera** | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | **2002 South 65th Street** | **$-0--** | **4/6/2018** |
| | **Philadelphia, PA 19142** | | |
| Number      Street | | | |
| _____ | | | |
| City           State      ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| **Andrew Winans Rivera** | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | **896 Granite Street** | **$11,500 --Debtor Holding Deed in Escrow Pending Final Payment of $3,500** | **4/27/2018** |
| | **Philadelphia, PA 19124** | | |
| Number      Street | | | |
| _____ | | | |
| City           State      ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

Debtor 1    **Anthony T. Alston**                                                                          Case number (if known)    **18-14017ELF13**

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Andrew Winans Rivera**<br>Person Who Received Transfer | **1626 North 26th Street**<br>**Philadelphia, PA 19121** | **$20,000--Debtor Holding Deed in Escrow Pending Payment of $200/Month** | **4/6/2018** |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Angelo Rodriguez**<br>Person Who Received Transfer | **4735 Rorer Street**<br>**Philadelphia, PA 19120** | **$38,823.50--Debtor Holding Deed in Escrow Pending Payment of $375/Month** | **2016** |
| **1702 Church Lane**<br>Number    Street | | | |
| **Philadelphia**    **PA**<br>City    State    ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Angelo Rodriguez**<br>Person Who Received Transfer | **241 E. Tioga Street**<br>**Philadelphia, PA** | **$38,823.50--Transferred Deed to Buyer--Buyer still Owes Payment of $375/Month** | **2016** |
| **1702 Church Lane**<br>Number    Street | | | |
| **Philadelphia**    **PA**<br>City    State    ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Damon Carty**<br>Person Who Received Transfer | **2221 Sigel Street**<br>**Philadelphia, PA** | **$25,000 -Debtor transferred Deed--Buyerr Still Owes Payment of $300/Month** | **2015** |
| **8500 Temple Road**<br>Number    Street | | | |
| **Philadelphia**    **PA**    **19150**<br>City    State    ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Damon Carty**<br>Person Who Received Transfer | **3411 B Street**<br>**Philadelphia, PA** | **$25,000 -Debtor transferred Deed--Buyerr Still Owes Payment of $300/Month** | **2015** |
| **8500 Temple Road**<br>Number    Street | | | |
| **Temple Road**<br>City    State    ZIP Code | | | |
| Person's relationship to you **Buyer** | | | |

Debtor 1     **Anthony T. Alston**                                          Case number (if known)  **18-14017ELF13**

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Sheriff of Philadelphia** | **530 Gerritt Street** | **Sheriff Sale Writ #1802-566** | **4/3/2018** |
| Person Who Received Transfer | **Philadelphia, PA 19147** | | |

Number      Street

City                          State      ZIP Code

Person's relationship to you **Sheriff Sale**

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

## Part 8:     List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

## Part 9:     Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1    Anthony T. Alston _____    Case number (if known)    18-14017ELF13

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25.  Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26.  Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| **Anthony T. Alston** | **Landlord/Realtor** | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN:  2  4 – 7  0  4  1  6  1  7 |
| **816 East Southampton Avenue** | Name of accountant or bookkeeper | |
| Number     Street | **Donald Forrest, CPA** | Dates business existed |
| _____ | | From    1985    To    Current |
| **Wyndmoor    PA    19038** | | |
| City    State    ZIP Code | | |

Debtor 1    **Anthony T. Alston**                                           Case number (if known)    **18-14017ELF13**

**Describe the nature of the business**

**ATA2 Properties, Inc.**                    **Real Estate**
Business Name

**5967 Ogontz Avenue**                    **Name of accountant or bookkeeper**
Number    Street                                                **Donald Forrest, CPA**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN:  **2   3** – **3   0   9   2   5   4   9**

**Dates business existed**

From    **2001**    To    **2016**

**Philadelphia                PA**
City                        State    ZIP Code

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include
all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Official Form 107                    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                    page 10

Debtor 1  **Anthony T. Alston** _____    Case number (if known)  **18-14017ELF13** _____

<table>
<tr><td style="background:black;color:white">**Part 12:**</td><td>**Sign Below**</td></tr>
</table>

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X /s/ Anthony T. Alston** _____    **X** _____
Anthony T. Alston, Debtor 1                         Signature of Debtor 2

Date    **07/13/2018** _____                       Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re  **Anthony T. Alston**

Case No.    **18-14017ELF13**

Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................    **$10,000.00**

Prior to the filing of this statement I have received.......................................................    **$3,000.00**

Balance Due............................................................................................................    **$7,000.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Continued Meeting of Creditor Hearings, Addition of Creditors after Filing Petition, Motions to Avoid Liens, Motions for Relief from the Automatic Stay, Motions to Dismiss Case, Adverserial Proceedings & Discharge Litigation, Depositions, Asset Cramdowns, Objection to Proof of Claims, Certification of Stipulation Defaults, Motions for Plan Modifications, Motions for Reconsideration, Vacate Wage Orders, Praecipe for Discharge, Bankruptcy Chapter Conversions, Redemption of Property, Lexis & Pacer Research, Credit, Property, Judgements, & Liens Reports. The above legal services will be billed at a hourly rate of $350/hour per attorney.**

<table>
<tr><td colspan="2">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>__07/13/2018__<br><i>Date</i></td><td>**/s/ Michael A. Cibik, Esquire**<br><i>Michael A. Cibik, Esquire</i>    Bar No.  23110<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060 / Fax: (215) 735-6769</td></tr>
</table>

__/s/ Anthony T. Alston_____
**Anthony T. Alston**